# First District Court of Appeal
## State of Florida

_____

No. 1D17-5366

_____

SAM T. SCHIFFMAN, SR.,

    Appellant,

    v.

WILLIAM SCHIFFMAN, SR.,
Personal Representative, Estate
of Morris E. Schiffman, Sr.,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

March 1, 2018

PER CURIAM.

Appellant seeks review of an order denying a motion to compel and take depositions. The order is not a final order or an appealable, non-final order. Accordingly, Appellee's motion to dismiss the appeal is granted, and the appeal is dismissed for lack of jurisdiction.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Sam T. Schiffman, Sr., pro se, Appellant.

Jeffrey P. Whitton, Panama City, for Appellee.